IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KIMBERLY JO DEVISH,<br>on behalf of Plaintiff and a class,<br><br>Plaintiff,<br><br>v.<br><br>COMENITY BANK,<br><br>Defendant. | 1:24-cv-2083-JMS-MKK |

> Dismissal as to Plaintiff's individual claims with prejudice and without costs acknowledged. The claims of the putative class members are dismissed without prejudice and without costs.
> JMS, DJ 1/21/25
> Distribution via ECF

## STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and without costs. The claims of the putative class members are dismissed without prejudice and without costs.

DATED: January 17, 2025

Respectfully submitted,

/s/ Daniel A. Edelman
Daniel A. Edelman
Caileen M. Crecco
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 S. Clark St., Suite 1800
Chicago, IL 60603-1841
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service:
courtecl@edcombs.com

*Counsel for Plaintiff*

/s/Monica Brownewell Smith
Monica Brownewell Smith
Alejandra Reichard
**BARNES & THORNBURG LLP**
11 South Meridian Street
Indianapolis, IN 46204
Telephone: (317) 231-7777
Facsimile: (317) 231-7433
Monica.Brownewell@btlaw.com
Alejandra.Reichard@btlaw.com

*Counsel for Defendant*